## ACKNOWLEDGMENT OF RECEIPT

I acknowledge that I have received from the Law Offices of Berger, Fischoff & Shumer, LLP a copy of the following notices:

1. Notice Mandated By Section 342(b)(l) and 527(a)(l) Of The Bankruptcy Code;
2. Notice Mandated By Section 527(a)(2) Of The Bankruptcy Code;
3. Notice Mandated By Section 527(b) Of The Bankruptcy Code; and
4. Notice Mandated By Section 342(b)(2) Of The Bankruptcy Code.

If my spouse was not present when I received a copy of these notices, I hereby also acknowledge receipt of said notices on behalf of my spouse, and promise to provide my spouse with either a copy of these notices or the opportunity to read and review the copy I received.

Dated:

_____
Prospective Client

_____
Prospective Co-Client (if present)